# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 77858-7-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS NEBEL, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: OCT 15 2018 |
| | ) | |

PER CURIAM. Thomas Nebel appeals the sentence imposed following his conviction for second degree burglary. He contends, and the State concedes, that two out-of-state convictions were improperly included in his offender score. He further contends that once these convictions are removed from his score, his Snohomish County conviction for residential burglary washes out. The State contends the latter contention "appears incorrect" but requests that the issue be left for the court to sort out on remand. Following the State's response, Nebel's counsel informed this court by letter that, in light of the State's concession of error and this court's ruling granting accelerated review, he will forgo a reply brief in order "to obtain a remand as quickly as possible."

No. 77858-7-I/2

Accordingly, we accept the State's concession of error and remand for further proceedings, including a determination as to whether Nebel's Snohomish County conviction washes out.

Remanded for proceedings consistent with this opinion.

FOR THE COURT:

Appelwick, CJ

Dwyer, J.

Becker, J.

-2-